1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   IRA A. DAVES
4  Assistant United States Attorney
   California Bar No. 156724
5  TIM L. LASKE
   Assistant United States Attorney
6  California Bar No. 223395
        Room 7516, Federal Building
7       300 North Los Angeles Street
        Los Angeles, California  90012
8       Telephone:  (213) 894-2443/0805
        Fax: (213) 894-7819
9       E-Mail: Ira.Daves@usdoj.gov; Tim.Laske@usdoj.gov

10 Attorneys for Defendant John E. Potter,
   Postmaster General, United States Postal Service

O

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| ERNEST HOLGUIN, | ) | NO. ED CV 07-1267 VAP (OPx) |
| | ) | |
| Plaintiff, | ) | ORDER RE: JOINT STIPULATION ORDERING PLAINTIFF TO UNDERGO MENTAL EXAMINATION |
| v. | ) | |
| | ) | |
| JOHN E. POTTER, Postmaster General, United States Postal Service, et al., | ) | |
| Defendant. | ) | Hon. Virginia A. Phillips United States District Judge |

# **ORDER**

The parties to this action having stipulated to the filing of this discovery order in the Joint Stipulation Ordering Plaintiff To Undergo Mental Examination, filed herein, and it appearing to the court that such order should be issued, therefore,

IT IS HEREBY ORDERED:

1.   Plaintiff Ernest Holguin ("Holguin" or "Plaintiff") shall submit to a mental examination under Federal Rule Civil Procedure 35 as follows:

    A.   Holguin shall undergo a comprehensive psychiatric examination by Defendant's expert psychiatrist Richard Ness, M.D.

    B.   The examination shall take place **on August 13, 2008, at 10:00 a.m**.  The examination shall take place at Dr. Ness's office, located at 100 UCLA Medical Plaza, Suite 725, Los Angeles, California 90095, 310/824-0075.

    C.   Absent extenuating circumstances, the examination shall not exceed five hours in length.

2.   The examination shall consist of the following:

    A.   Holguin will spend approximately forty-five minutes filling out a social history questionnaire, which is universal to medical or psychiatric independent medical examinations.

    B.   Part of the exam is minimal psychological testing, including the use of the Minnesota Multiphasic Personality Inventory.  Holguin will complete the inventory in approximately one hour and fifteen minutes.

    C.   The remainder of the exam will consist of a standard psychiatric interview, which will last two to three hours.  Holguin will provide his presenting symptoms and history of illness and/or stressors, background psychological and developmental history, social, legal, medical, racial, sexual and employment

///

///

1 | histories, and a screening mental status examination will be done. The
2 | examination will be routine and noninvasive.

Dated: __July 8, 2008

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE